UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Chicago Teachers Union, Local 1 American Federation
of Teachers, AFL−CIO, et al.

                Plaintiff,

v.

                Case No.: 1:15−cv−08149

                Honorable Sara L. Ellis

Board Of Education Of The City Of Chicago

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 9, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 12/9/2015. Plaintiffs' motion to consolidate cases [7] is granted for the reasons stated in open court. It is hereby ordered that this action is consolidated with CTU v. CBOE, Case No. 12−cv−10311. Status hearing set for 4/6/2016 at 9:30 AM.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.